DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RALPH L. NICHOLSON, JR.,**

Appellant,

v.

**BARBARA A. NICHOLSON,**
Appellee.

No. 4D18-732

[October 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen Miller, Judge; L.T. Case No. 502015DR004031XXXXNB.

Craig A. Boudreau, West Palm Beach, for appellant.

Chadwick M. Layton of Harvey, Waddell & Layton, Lake Worth, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***